353 A.2d 446

**In re Nomination Petition of Frank E. ELLIOTT, Appellant, as candidate for the Democratic Nomination for the Office of United States Senator,**

**Objection of William J. Green.**

Supreme Court of Pennsylvania.

March 24, 1976.

Edgar R. Casper, Harrisburg, for appellant.

Gregory M. Harvey, Philadelphia, for appellee.

Before JONES, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, and MANDERINO, JJ.

464

## OPINION

PER CURIAM.

Order affirmed. Appellant pay costs.

EAGEN, J., did not participate in the consideration or decision of this case.

ROBERTS, J., and POMEROY, J., dissent.